

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-96,780-01 & WR-96,780-02

### EX PARTE JACOB AARON VERA, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 4144-A & 4145-A IN THE 100TH DISTRICT COURT
### HALL COUNTY

*Per curiam*.

### O P I N I O N

Applicant was convicted of aggravated sexual assault of a child and sentenced to forty years' imprisonment. He filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was denied his right to an appeal because counsel failed to timely file a notice of appeal. Based on the record, counsel failed to timely file a notice of appeal and Applicant is entitled to relief.

Relief is granted. *Ex parte Axel*, 757 S.W.2d 369 (Tex. Crim. App. 1988); *Jones v. State*, 98 S.W.3d 700 (Tex. Crim. App. 2003). Applicant may file an out-of-time appeal of his convictions in cause numbers 4144 & 4145 from the 100th District Court of Hall County. Within ten days from

the date of this Court's mandate, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him on direct appeal. Should Applicant decide to appeal, he must file a written notice of appeal in the trial court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: July 30, 2025
Do not publish